1:26-mj-3191-RJS

**AFFIDAVIT AND PROBABLE CAUSE FOR MISDEMEANOR ARREST AND CHARGING BY INFORMATION FILED BY THE U.S. ATTORNEY**

I, Michael J. Thomas, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1. I am a Special Agent ("SSA") employed with the Office of the United States Department of Homeland Security Investigations ("HSI"), and, as such, I am an investigative or law enforcement officer of the United States within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in the enforcement of criminal and immigration laws and am within a category of officers authorized by the Attorney General to act in that capacity.

2. I have served with HSI or its legacy agencies as a SA since 2002. Currently, I am assigned to the HSI Cleveland Office. I earned a bachelor's degree (B.A.) in business administration from Ohio Northern University. Before my employment with HSI, I served for approximately two (2) years in the U.S. Secret Service Uniform Division working on protective details for then, Vice-President of the United States, Dick Cheney and President of the United States George W. Bush.

3. As a SA for HSI, I received basic investigative training at the Federal Law Enforcement Training Center, facilities in Georgia. I received field training and accrued practical experience in advanced investigative techniques, and case preparation. I have extensive experience investigating transnational crime, as well as criminal immigration investigations involving crimes against children, drug trafficking, and other border-crossing related identity type fraud cases. I have also completed training at the Federal Law Enforcement Training Center ("FLETC").

4. The facts in this affidavit come from my personal knowledge and observations, my training and experience, information obtained from other agents and witnesses, the HSI/DHS "A-

File" (Alien File) of the defendant, the State of Ohio and Ashtabula County Voting Records, and also from a February 25, 2026, videotaped voluntary interview conducted by HSI agents with MOSS at her home. While there are many facts from this investigation set forth below, this affidavit does not contain every aspect known to me concerning this investigation but only contains those facts necessary to establish sufficient probable cause for the requested complaint and arrest warrant.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 611(a) (Voting by Aliens) has been committed by ELIZA M. MOSS ("MOSS").

## STATUTORY AUTHORITY

6. Title 18, United States Code, Section 611 (Voting by aliens), states:

"(a) It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner, unless—

(1) the election is held partly for some other purpose;
(2) aliens are authorized to vote for some other purpose under a State constitution or statute or a local ordinance; and
(3) voting for such other purpose is conducted independently of voting for a candidate for such Federal offices, in such a manner that an alien has the opportunity to vote for such other purpose, but not an opportunity to vote for a candidate for any one or more of such Federal offices.

(b) Any person who violates this section shall be fined under this title, imprisoned not more than one year, or both.

(c) Subsection (a) does not apply to an alien if—
(1) each natural parent of the alien (or, in the case of an adopted alien, each adoptive parent of the alien) is or was a citizen (whether by birth or naturalization);
(2) the alien permanently resided in the United States prior to attaining the age of 16; and
(3) the alien reasonably believed at the time of voting in violation of such subsection that he or she was a citizen of the United States."

**PROBABLE CAUSE**

7. MOSS was born on October 13, 1962, in the Philippines. She became a Lawful Permanent Resident ("LPR") of the United States in 1985, a status she has maintained since then. MOSS has never been a citizen of the United States and is therefore an alien as defined by Title 8, United States Code, Section 1101(a)(3).

8. MOSS registered to vote on September 24, 2004 and February 13, 2023. MOSS's "Certificate of Registration" shows that on November 5, 2024, MOSS voted in the Presidential (General) election. The 2024 general election took place on November 5, 2024, and included candidates for the office of President, Vice President, Member of the Senate, and Member of the House of Representatives. Records show that MOSS also voted in the primary election in 2024, the general election in 2023 and a special election in 2023. At all times relevant to the complaint, MOSS lived in the Northern District of Ohio and was assigned a voting precinct in the Northern District of Ohio.

9. MOSS was interviewed in her home on February 25, 2026. When asked about the 2023 voter registration form, MOSS claimed that the person who helped fill out her registration told her that she could vote despite being an LPR. MOSS initially said she did not remember whether she checked the box indicating that she was a U.S. citizen but later claimed that the person assisting her did so. MOSS identified her signature at the bottom of both registration forms. On the 2004 form, Moss's signature appears under the declaration "I declare under penalty of election falsification I am a citizen of the United States, will have lived in this state for 30 days immediately preceding the next election, and I will be at least 18 years of age at the time of the general election." On the 2023 form, Moss's signature appears next to a nearly identical declaration "I declare under penalty of election falsification I am a citizen of the United States, will have lived in this state for

30 days immediately preceding the next election, and will be at least 18 years of age at the time of the general election."

10. During the interview, MOSS was asked, "So you voted in 2024?" Moss responded, "Yes." She was then asked, "Is that the first time you voted?" MOSS responded, "No, I've been voting for a long time."

## CONCLUSION

11. There is probable cause to believe that on or about November 5, 2024, ELIZA M. MOSS violated Title 18, United States Code, Section 611, by unlawfully voting in a federal election as an alien. Accordingly, your Affiant requests that a Complaint and Arrest Warrant be issued.

Respectfully submitted,

Michael J. Thomas
Special Agent
U.S. Department of Homeland Security
Investigations (HSI)

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim R. 41(d)(3) on this 1st day of October 2026.

REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE